UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23482-CIV-HOEVELER/O'SULLIVAN

AVENTURA INVESTORS, INC.,
D/b/a RAMADA PLAZA MARCO
POLO BEACH RESORT,

        Plaintiff,

v.

FIREMAN'S FUND INSURANCE
COMPANY,

        Defendant.
_____/

## ORDER

THIS MATTER came before the Court on the Defendant Fireman's Fund Insurance Company's Second Motion to Compel Plaintiff's Privilege Log (DE # 61, 5/25/13). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the Defendant Fireman's Fund Insurance Company's Second Motion to Compel Plaintiff's Privilege Log (DE # 61, 5/25/13) is GRANTED. On or before June 27, 2013, the plaintiff shall provide the defendant with

the subject privilege log.

DONE and ORDERED, in chambers, in Miami, Florida, this 13th day of June, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Hoeveler

All Counsel of Record